UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRON A. ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>LINA MANGLICMOT, et al.,<br><br>    Defendants. | Case No. 19-cv-07952-HSG<br><br>**ORDER DISMISSING CERTAIN DEFENDANTS** |

Plaintiff, an inmate at California Training Facility ("CTF"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2020, the Court screened the complaint and found that it stated cognizable Eighth Amendment claims against defendants RN Manglicmot, officer Lozano, officer Hardian, RN Anudokem, RN Deluna and RN Coleman. Dkt. No. 11. The Court dismissed the following defendants from this action with leave to amend the claims against them: LVN Binuluna, RN Hanna, officer Flores, and John Doe 1. *Id.*. Plaintiff was informed that the failure to file an amended complaint by April 3, 2020, addressing the deficiencies identified in the Court's screening order would result in the original complaint (Dkt. No. 1) remaining the operative complaint and the action proceeding solely on the cognizable Eighth Amendment claims identified in the screening order. *Id.*

The deadline to file an amended complaint has passed. Accordingly, the complaint docketed at Dkt. No. 1 remains the operative complaint, and this action will proceed solely on the cognizable Eighth Amendment claims identified in the Court's March 3, 2006 screening order. Defendants LVN Binuluna, RN Hanna, officer Flores, and John Doe 1 are DISMISSED from this action. The Clerk shall also terminate defendant Castillo, Jr. from this action as he was dismissed

with prejudice from this action in the March 3, 2006 screening order.  Dkt. No. 11 at 8-9, 10.

**IT IS SO ORDERED.**

Dated: 6/15/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge