United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HERRON A. ADAMS,

          Plaintiff,

   v.

LINA MANGLICMOT, et al.,

          Defendants.

Case No.  19-cv-07952-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**

Re: Dkt. No. 16

      Good cause being shown, defendants' motion for an extension of time to file a dispositive motion is GRANTED.  Dkt. No. 16.  Defendants shall file their dispositive motion by October 19, 2020.  Plaintiff's opposition to the dispositive motion must be filed with the Court and served upon defendants no later than 28 days from the date the motion is filed.  Defendants shall file a reply brief no later than 14 days after the date the opposition is filed.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion.

      This order terminates Dkt. No. 16.

      **IT IS SO ORDERED.**

Dated:    6/24/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge