UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRON A. ADAMS,<br>Plaintiff,<br>v.<br>LINA MANGLICMOT, et al.,<br>Defendants. | Case No. 19-cv-07952-HSG<br><br>**ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE; DENYING REQUEST FOR STAY; GRANTING EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 23 |

Plaintiff has filed a *pro se* civil rights action under 42 U.S.C. § 1983. Now pending before the Court is Plaintiff's motion to compel and request to stay his deadline for opposing the summary judgment motion. Dkt. No. 23. Defendants have filed an opposition. For the reasons set forth below, the Court DENIES Plaintiff's motion to compel without prejudice; DENIES the request for a stay; and GRANTS Plaintiff an extension of time to file his opposition to the summary judgment motion. Dkt. No. 23.

**DISCUSSION**

**I.    Motion to Compel**

Plaintiff has filed a motion to compel defendant Manglicmot to respond to his first set of request for production of documents. Dkt. No. 23. Defendants have filed an opposition, arguing *inter alia* that Plaintiff has not complied with the meet-and-confer requirement set forth in Fed. R. Civ. P. 37 and N.D. Cal. L. R. 37-1(a). Dkt. No. 24. In addition, counsel for Defendants states that, on March 1, 2021, he contacted the prison's litigation coordinator to arrange for a telephonic meet and confer with Plaintiff that should occur between March 9 and 12, 2021. Dkt. No. 24-1 at 2.

Plaintiff's motion to compel is DENIED without prejudice to re-filing after he complies

with the meet-and-confer requirement set forth in Fed. R. Civ. P. 37 and N.D. Cal. L. R. 37-1(a). Fed. R. Civ. P. 37(a)(1) requires that a motion to compel discovery "include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action." Fed. R. Civ. P. 37(a)(1). Local Rule 37-1(a) provides that the Court will not entertain a request or a motion to resolve a discovery dispute unless, pursuant to Fed. R. Civ. P. 37, counsel have previously conferred for the purpose of attempting to resolve all disputed issues. N.D. Cal. L. R. 37-1(a).

Plaintiff's motion to compel lacks the necessary certification that Plaintiff has conferred in good faith with Defendants in an effort to obtain the requested discovery without court action. Accordingly, Plaintiff's motion to compel is DENIED without prejudice to re-filing with the requisite certification if he is unable to resolve the dispute after good faith meet-and-confer efforts.

## II. Request to Stay Deadline to Oppose Summary Judgment Motion

Plaintiff has requested that the Court stay his deadline for opposing Defendants' summary judgment motion.[1] Dkt. No. 23-2 at 16-20. Defendants have indicated that they oppose an indefinite stay of the briefing schedule but do not oppose the Court granting an extension of time to May 17, 2021, and further extensions of time if the Court deems appropriate. The Court DENIES the request to indefinitely stay the briefing schedule, but GRANTS Plaintiff an extension of time to May 17, 2021 to file his opposition to the summary judgment motion. Defendants shall file a reply brief no later than fourteen (14) days after the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

## CONCLUSION

For the reasons set forth above, the Court DENIES the motion to compel without prejudice to re-filing with the requisite certification if Plaintiff is unable to resolve the dispute after good

---

[1] In this motion, Plaintiff also requests that the Court order Defendants to respond to all interrogatories, admissions and document production requests that have not been answered and order that Plaintiff "be allowed to complete discovery under the prison state of emergency for COVID-19 orders." Dkt. No. 23-2 at 8. These requests are DENIED. The first request is duplicative of the motion to compel, which the Court has denied without prejudice for the reasons set forth above. The second request is denied as moot. Plaintiff is allowed to engage in discovery and has done so.

faith meet-and-confer efforts; DENIES Plaintiff's request to indefinitely stay his deadline for opposing the summary judgment motion; and GRANTS Plaintiff's request for an extension of time to file his opposition to the summary judgment motion. Dkt. No. 23. Plaintiff shall file his opposition by May 17, 2021. Defendants shall file a reply brief no later than fourteen (14) days after the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due.

This order terminates Dkt. No. 23.

**IT IS SO ORDERED.**

Dated: 3/8/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge