UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRON A. ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINA MANGLICMOT, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-07952-HSG<br><br>**JUDGMENT** |

　　The Court, having granted defendants' motion for summary judgment, enters judgment in favor of defendants and against plaintiff.

　　**IT IS SO ORDERED.**

Dated: August 25, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge